Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/28/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ORANGE COUNTY BOARD OF ELECTIONS
et al.,

        Defendants.
------------------------------------------------------------x

12 Civ. 3071 (ER)

**Stipulation and Order Regarding Extension of the Term of the Consent Decree**

    WHEREAS, on April 24, 2012, the Court entered a Consent Decree in the above-captioned action (ECF Doc. No. 2), regarding claims by the United States under the Voting Rights Act, 52 U.S.C. §§ 10303(e) and 10308(d); and

    WHEREAS, the Consent Decree, by its terms, will "terminate on January 31, 2015, provided that Defendants have achieved substantial compliance with the terms of the Consent Decree for the previous two full election cycles," but "[i]f Defendants fail to establish substantial compliance, either by agreement of the Parties or a determination by the Court, this Consent Decree shall be extended to January 31, 2017" (Consent Decree ¶ 39); and

    WHEREAS, the parties are currently discussing whether Defendants have established such substantial compliance, and whether some or all of the provisions of the Consent Decree should be extended beyond January 31, 2015.

    IT IS HEREBY ORDERED, upon the stipulation and agreement of the parties, that the term of the Consent Decree as provided in paragraph 39 is hereby extended through and including March 6, 2015.

Dated: New York, New York
      January 26, 2015

PREET BHARARA
United States Attorney for the Southern
District of New York
Attorney for Plaintiff United States

By: _____
    BENJAMIN H. TORRANCE
    86 Chambers Street
    New York, New York 10007
    Telephone: 212.637.2703
    E-mail: benjamin.torrance@usdoj.gov

VANITA GUPTA
Acting Assistant Attorney General
Civil Rights Division
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
ERNEST A. MCFARLAND

Dated: Goshen, New York
      January 26, 2015

LANGDON C. CHAPMAN
County Attorney
Attorney for Defendants

By: _____
    SHARON WORTHY-SPIEGL
    15 Matthews Street, Suite 305
    Goshen, New York 10924
    Telephone: 845.291.3150
    E-mail: sworthy@orangecountygov.com

SO ORDERED.

Dated: New York, New York
      January 28, 2015

_____
Edgardo Ramos, U.S.D.J.