UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>ORANGE COUNTY BOARD OF<br>ELECTIONS, SUSAN BAHREN, in her official<br>capacity, and DAVID GREEN, in his official<br>capacity,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 12 Civ. 3071 (ER)<br><br>**United States' Notice of Filing of<br>Federal Observer Reports for<br>Elections Held on<br>September 10, 2015,<br>November 3, 2015,<br>April 19, 2016,<br>September 13, 2016, and<br>November 8, 2016** |

Pursuant to Section 8 of the Voting Rights Act, 52 U.S.C. § 10305 ("Section 8"), Plaintiff the United States of America hereby files the reports created by federal observers who were present at polling sites in Orange County, New York, for the September 10, 2015, November 3, 2015, April 19, 2016, September 13, 2016, and November 8, 2016, elections. Federal observer presence at these elections was authorized by this Court's April 19, 2012, consent decree in the instant case (Docket # 2), granting relief under Section 3(a) of the Voting Rights Act, 52 U.S.C. § 10302(a) ("Section 3(a)"). *See* Consent Decree, 12 Civ. 3071 (ER), ¶ 31 (Apr. 19, 2012).

Section 8(e) requires federal observers whose presence is authorized pursuant to Section 3(a) to report to the Attorney General and the Court, and the United States is therefore filing these reports to satisfy this statutory requirement. *See* 52 U.S.C. § 10305(e).

For purposes of this public filing, the United States has protected the privacy of certain information contained in the reports, including but not limited to the identities, addresses, and telephone numbers of persons voting or attempting to vote, and the names of persons other than

poll workers and poll watchers who provided assistance to individual voters. The United States

has therefore redacted that information.

The reports accompany this filing. The original federal observer reports will be

maintained in the offices of the United States Department of Justice, Civil Rights Division,

Voting Section.

Dated:        New York, New York
              January 30, 2017

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York
                                        *Attorney for the United States*

                          By:    /s/ Benjamin H. Torrance
                                 BENJAMIN H. TORRANCE
                                 Assistant United States Attorney
                                 86 Chambers Street
                                 New York, New York 10007
                                 Telephone: (212) 637-2703
                                 Fax: (212) 637-2702

                                 T.E. WHEELER, II
                                 Acting Assistant Attorney General
                                 Civil Rights Division

                                 T. CHRISTIAN HERREN, JR.
                                 TIMOTHY F. MELLETT
                                 ERNEST A. MCFARLAND
                                 Attorneys, Voting Section
                                 United States Department of Justice
                                 Civil Rights Division
                                 950 Pennsylvania Ave., N.W. – NWB 7254
                                 Washington, D.C. 20530
                                 Telephone: (202) 307-6552
                                 Fax: (202) 307-3961